UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 18, 2007

George F. Matta, II
Clerk of Courts
115 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2495

Re: Ricciuti vs. Attorney General of the United States of America

Civil Action No. 2:06-cv-573

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Joseph V. Ventresca
    Joseph V. Ventresca
    Deputy Clerk

Enclosures